'08 CIV 4885

JUDGE KOELTL

CHRISTOPHER LOWE (CL-0218)
JAMES R. CHO (JC-4678)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
212-218-5500
Attorneys for Defendant



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

LISA MCQUEEN-STARLING,

          Plaintiff,

v.

UNITEDHEALTH GROUP, INC. AND,
OXFORD HEALTH PLANS[1]

          Defendants.

------------------------------------x

Civil Action No. _____

**FEDERAL RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants hereby states that UnitedHealth Group Incorporated is a Minnesota corporation. No publicly traded company owns 10 percent or more of UnitedHealth Group Incorporated's stock and it does not have a parent corporation.

Oxford Health Plans, a Delaware corporation, is a wholly-owned subsidiary of UnitedHealth Group Incorporated.

United HealthCare Services, Inc., a Minnesota corporation, is a wholly-owned subsidiary of UnitedHealth Group Incorporated.

---

[1] Plaintiff incorrectly identified defendants as UnitedHealth Group, Inc. and Oxford Health Plans in her arbitration demand and in her Petition to Vacate Arbitration Award. The correct name of her employer was United HealthCare Services, Inc., which is the proper defendant in this case.

NY1 26515423.1

Dated: New York, New York
May 27, 2008

                              Respectfully submitted,

                              UNITED HEALTHCARE SERVICES, INC.

                              By: _____
                                    One of Its Attorneys

Christopher H. Lowe
James R. Cho
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
Attorneys for Defendant

NY1 26515423.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing FEDERAL RULE 7.1 STATEMENT to be served upon the following persons by messenger delivery on May 27, 2008:

>Debra L. Raskin
>Maia Goodell
>Vladeck, Waldman, Elias & Engelhard, P.C.
>1501 Broadway
>New York, NY 10036
>(212) 403-7300

_____
James R. Cho

NY1 26515423.1