UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

LISA MCQUEEN-STARLING,

                Plaintiff,          Civil Action No. 08-CIV-4885

- v -

                                                    NOTICE OF APPEARANCE

UNITEDHEALTH GROUP, INC. and
OXFORD HEALTH PLANS,

                Defendants.

-------------------------------------x

        PLEASE TAKE NOTICE that the undersigned enters her appearance as counsel for plaintiff herein.

Dated: New York, New York
          May 28, 2008

                                            VLADECK, WALDMAN, ELIAS &
                                               ENGELHARD, P.C.

                          By:    _____
                                               Maia Goodell (MG 8905)
                                               1501 Broadway, Suite 800
                                               New York, New York 10036
                                               (212) 403-7300
                                               mgoodell@vladeck.com

252196 v1