UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

LISA MCQUEEN-STARLING,

                Plaintiff,                Civil Action No. 08-CIV-4885

      - v -

                                          NOTICE OF APPEARANCE

UNITEDHEALTH GROUP, INC. and
OXFORD HEALTH PLANS,

                Defendants.

------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned enters her appearance as counsel for plaintiff herein.

Dated: New York, New York
       May 28, 2008

                                      VLADECK, WALDMAN, ELIAS &
                                           ENGELHARD, P.C.

By: _____
                                   Debra L. Raskin (DR 5431)
                                   1501 Broadway, Suite 800
                                   New York, New York 10036
                                   (212) 403-7300
                                   draskin@vladeck.com

248928 v1