CHRISTOPHER LOWE (CL-0218)
JAMES R. CHO (JC-4678)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
212-218-5500
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

---------------------------------------x
LISA MCQUEEN-STARLING,             :
                                   :   Civil Action No. 08-4885 (JGK/RLE)
                    Plaintiff,     :   ECF Case
                                   :
        v.                         :
                                   :
UNITEDHEALTH GROUP, INC. AND,      :
OXFORD HEALTH PLANS[1]             :
                                   :
                    Defendants.    :
---------------------------------------x

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties hereto, that defendants' brief in opposition to Plaintiff's Petition To Vacate Arbitration Award shall be filed on or before Tuesday, July 8, 2008.

Plaintiff's reply brief shall be filed on or before Tuesday, August 5, 2008.

---

[1] It is Defendants' position that Plaintiff incorrectly identified defendants UnitedHealth Group, Inc. and Oxford Health Plans in her arbitration demand and in her Petition to Vacate Arbitration Award. It is Defendants' further position that the correct name of her employer, and the proper defendant in this case, is United HealthCare Services, Inc.

Dated: June 2, 2008
New York, New York

By: /s/ Debra L. Raskin
Debra L. Raskin (DR 5431)
draskin@vladeck.com
Maia Goodell (MG 8905)
mgoodell@vladeck.com
Vladeck, Waldman, Elias & Engelhard, P.C.
1501 Broadway, Suite 800
New York, NY 10036
212-403-7300
212-221-3172 (fax)
Attorneys for Plaintiff

By: /s/ Christopher Lowe
Christopher Lowe (CL-0218)
clowe@seyfarth.com
James R. Cho (JC-4678)
jcho@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
212-218 5500
212-218-5526 (fax)
Attorneys for Defendants

SO ORDERED:

_____
The Honorable John G. Koeltl
United States District Judge

6/24/08

2

NY1 26516008.2