

620 Eighth Avenue

New York, New York 10018-1405

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone
212-218-5290

Writer's e-mail
jcho@seyfarth.com

Writer's direct fax
917-344-1184

July 8, 2008

**VIA ECF**

Hon. John G. Koeltl
U.S. District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan, United States Courthouse
500 Pearl St., Courtroom 12B
New York, NY 10007

    Re:    McQueen-Starling v. United HealthCare
            Civil Action No. 08-4885 (JGK/RLE)

Dear Judge Koeltl:

    We represent Defendant, United HealthCare Services, Inc., in the above-referenced matter. Earlier today we filed with the Court "Defendant's Response to Plaintiff's Petition to Vacate Arbitration Award" and Appendix of supporting materials. Defendant respectfully requests oral argument in support of its response to "Plaintiff's Petition to Vacate Arbitration Award." We appreciate the Court's consideration of Defendant's request.

    Respectfully submitted,

    SEYFARTH SHAW LLP

    By: s/ James R. Cho
        Christopher Lowe (CL-0218) (clowe@seyfarth.com)
        James R. Cho (JC-4678) (jcho@seyfarth.com)
        Seyfarth Shaw LLP
        620 Eighth Avenue, 32nd floor
        New York, New York 10018
        212-218-5500
        212-218-5526 (fax)
        Attorneys for Defendant

cc:    Debra L. Raskin (via ECF)
       Maia Goodell (via ECF)

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

NY1 26520607.1