UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LISA MCQUEEN-STARLING,

                Petitioner,        08 Civ. 4885 (JGK)

      - against -              ORDER

UNITEDHEALTH GROUP, INC. and OXFORD
HEALTH PLANS,

                Respondents.
_____

JOHN G. KOELTL, District Judge:

    The parties are directed to resubmit the letters, previously submitted in December 2009, on the issue of available relief from the Court by Thursday, **February 11, 2010**.

SO ORDERED.

Dated:    New York, New York
          February 9, 2010

                                      _____
                                            John G. Koeltl
                                       United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-9-10